UNITED STATES DISTRICT COURT
FOR THE **NEW YORK-NORTHERN**

UNITED STATES OF AMERICA,

              Plaintiff,                Case No.:  5:12-CV-00728-GTS/TWD

       v.

LISA ALLEN a/k/a LISA BELL
          Defendant

## DEFAULT JUDGMENT IN A CIVIL CASE

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on May 7, 2012, and an affidavit on behalf of the plaintiff having been filed, it is this  6th day of November, 2012, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover Lisa Allen a/k/a Lisa Bell, defendant, who resides at; 1238 W. Belden Ave., Syracuse, NY 13204 damages in the amount of $11,739.33 and have execution therefor.

_Lawrence K. Baerman_
Clerk of Court

By: Joanne Bleskoski
Deputy Clerk

11/8/2012